No. 99–8768. BAKER *v.* MCCLUNG, WARDEN. Sup. Ct. Ga. Certiorari denied. 

No. 99–8772. RAYMOND *v.* WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8776. BANKS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8785. BEERS *v.* HENDREN, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8787. BARKER *v.* BROYLE, ACTING SUPERINTENDENT, CORRECTIONAL INDUSTRIAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–8788. BUTLER *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 99–8796. JARRELL *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8799. HUNG NAM TRAN *v.* ROSCIZEWSKI ET AL. C. A. 7th Cir. Certiorari denied. 

No. 99–8801. WILSON *v.* MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8802. WALKER *v.* VILLAGE OF BOLINGBROOK ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–8803. VARNER *v.* MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–8804. TORRES *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8809. HERNANDEZ CONTRERAS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8811. JOHNSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.